```
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

ENTERED

THE DATE OF ENTRY IS
ON THE COURTS DOCKET
TAWANA C. MARSHALL, CLERK
```

NOV 1 4 2013

D. Michael Lynn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| HARRY NEAL MCMILLAN | CASE NO. 11-47029-DML-7 |
| DEBTOR. | |
| SUN RIVER ENERGY, INC., | |
| PLAINTIFF | ADVERSARY NO. 12-4012-DML |
| V. | |
| HARRY NEAL MCMILLAN, ET AL. | |
| DEFENDANTS | |

**ORDER DISMISSING ADVERSARY PROCEEDING**

Before the court is the above-captioned adversary proceeding (the "Adversary") filed by Sun River Energy, Inc. in the above-captioned bankruptcy case (the "Case"). On June 4, 2013, the court issued an order dismissing the Case (the "Dismissal Order") at Case docket no. 70. On August 29, 2013 the court held a hearing on *Plaintiff's Motion to Withdraw the Reference and Brief in Support* (the "Motion to Withdraw the Reference") at Adversary docket no. 50. The court determined that it would consider the Motion to Withdraw the Reference if a stay pending appeal was filed with respect to the Dismissal Order. To date, no appeal has been filed. It is therefore

**ORDERED** that the Adversary be **DISMISSED** without prejudice.

### **### END OF ORDER ###**